UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GEORGE CAWTHON and DAVID SIMPKINS, on behalf of themselves and all other similarly situated,**

VS    **CASE NO. 1:20-cv-16-AW-GRJ**

**BLUE CROSS BLUE SHIELD OF FLORIDA, INC.,**

**JUDGMENT**

Plaintiffs' claims are dismissed without prejudice on plaintiffs' motion for voluntary dismissal.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

*s/ TiAnn Stark*

12/11/2020

DATE    Deputy Clerk: TiAnn Stark